Mark W. **HECKADON**, Respondent,

v.

**DIRECTOR OF REVENUE**, Appellant.

No. WD 63453.

Missouri Court of Appeals, Western District.

Dec. 28, 2004.

Jeremiah W. (Jay) Nixon, Atty. Gen., Brian Barnhill, Office of Attorney General, Jefferson City, for Appellant.

John L. Pursley, Butler, for Respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

## ORDER

The Director of Revenue appeals the circuit court's judgment setting aside the revocation of Mark W. Heckadon's driving privileges. We affirm. Rule 84.16(b).